

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00122-CR

BOBBY RAY THOMPSON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Bobby Ray Thompson attempts to appeal from his conviction for aggravated assault with a deadly weapon. Thompson pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to two years' confinement. The trial court's certification of his right to appeal states that this case "is a plea-bargain case, and the defendant has NO right of

---

[1]*See* Tex. R. App. P. 47.4.

appeal" and also states that "the defendant has waived the right to appeal." *See* Tex. R. App. P. 25.2(a)(2).

On April 1, 2013, we notified Thompson that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before April 11, 2013, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). Thompson filed a response,[2] but it does not state any grounds for continuing the appeal. We therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 1, 2013

---

[2]We construe Thompson's June 26, 2013 "Motion for Rehearing" as a response to our April 1, 2013 letter.